United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALICIA GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant. | Case No.  12-cv-05513-JST<br><br>**ORDER GRANTING PARTIES' STIPULATED REQUEST TO EXTEND PLAINTIFF'S DEADLINE TO FILE A MOTION FOR SUMMARY JUDGMENT TO APRIL 10, 2013**<br><br>Re: Dkt. No. 17. |

The parties have stipulated to extend the deadline for Plaintiff to file a motion for summary judgment, such that the new deadline would be April 10, 2013.  Dkt. No. 17.  Pursuant to stipulation, the request is approved.

**IT IS SO ORDERED**.

Dated: March 7, 2013



Jon S. Tigar
United States District Judge