MELINDA L. HAAG, SBN CA 132612
United States Attorney
GRACE M. KIM, SBN IL 6203390
Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN, SBN CO 35181
Special Assistant United States Attorney

160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8975
Facsimile: (415) 744-0134
E-Mail:Brenda.Pullin@ssa.gov

Attorneys for Defendant

**FILED**

MAY 16 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALICIA GARCIA, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, <br><br> Defendant. | CASE NO. 3:12-CV-5513-JST <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR FIRST EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days, nunc pro tunc, to file her cross-motion for summary judgment. The extension is needed due to defense counsel's ongoing medical issues and unexpectedly being unable to work the greater part of the past two weeks. The new

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

due date for Defendant's motion will be June 12, 2013, and the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 16, 2013

*/s/ Richard Zieman*
(As authorized via e-mail)
RICHARD ZIEMAN
Attorney for Plaintiff

Dated: May 16, 2013

MELINDA L. HAAG
United States Attorney

*/s/ Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: 5/16/13

HON. JON S. TIGAR
United States District Judge

2